**DEBEVOISE & PLIMPTON LLP**
Bruce Keller
Michael Potenza
919 Third Avenue
New York, NY 10022
(212) 909-6000
*Attorneys for Defendant Home Depot U.S.A., Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------x
KENWOOD APPLIANCES LUXEMBOURG, S.A.,

          Plaintiff,

vs.

HOME DEPOT U.S.A., INC., CHINA SINGFUN ELECTRIC GROUP CO., LTD., KENWORLD INTERNATIONAL CO., LTD.,

          Defendants.
------------------------------------------------------------x

No. 2:10-cv-06356-SRC-MAS

ECF Case

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Home Depot U.S.A., Inc. to appear, answer, move, or otherwise respond to the Complaint shall be extended to and including February 22, 2011.

Respectfully submitted,

Dated: January 3, 2011

| | |
|---|---|
| s/ John R. Altieri | s/ Bruce P. Keller |
| John R. Altieri | Bruce P. Keller |
| Attorney at Law | bpkeller@debevoise.com |
| 25 East Salem Street | Michael Potenza |
| P.O. Box 279 | mpotenza@debevoise.com |
| Hackensack, New Jersey 07602-0279 | Jael Humphrey* |
| (201) 343-6525 | jhumphrey@debevoise.com |
| and | DEBEVOISE & PLIMPTON LLP |
| Rudolph V. Pino, Jr. | 919 Third Avenue |
| Matthew D. Kennedy | New York, New York 10022 |
| PINO & ASSOCIATES, LLP | Tel: (212) 909-6000 |
| Westchester Financial Center | *Attorneys for Defendant* |
| 50 Main Street | *Home Depot U.S.A., Inc.* |
| White Plains, New York 10606 | |
| (914) 946-0600 | |
| *Attorneys for Plaintiff* | |
| *Kenwood Appliances Luxembourg, S.A.* | |

*admitted only in NY State

SO ORDERED this 6th day of January, 2011:

_____
**Michael A. Shipp
United States Magistrate Judge**