FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

KENWOOD APPLIANCES LUXEMBOURG, S.A.,

          Plaintiff,

vs.

HOME DEPOT U.S.A., INC., CHINA SINGFUN ELECTRIC GROUP CO., LTD., KENWORLD INTERNATIONAL CO., LTD.,

          Defendants.

---

CIVIL ACTION NO.: 2:10-cv-06356-SRC – MAS

**RULE 7.1 DISCLOSURE STATMENT**

    This statement is submitted pursuant to Rule 7.1 of the Federal Rules of Civil Procedure in order to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal.  The undersigned counsel of record for defendant Home Depot U.S.A., Inc. certifies that Home Depot U.S.A., Inc. is a wholly-owned subsidiary of The Home Depot, Inc., and that no other publicly-held corporation owns 10% or more of Home Depot U.S.A., Inc.

          Respectfully submitted,

          /s/ Michael R. Potenza\_\_\_

          Bruce P. Keller
          bpkeller@debevoise.com
          Michael Potenza
          mpotenza@debevoise.com
          DEBEVOISE & PLIMPTON LLP
          919 Third Avenue
          New York, New York 10022
          Tel:  (212) 909-6000

          Attorneys for Defendants Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------- X
KENWOOD APPLIANCES LUXEMBOURG, S.A., : **DOCUMENT ELECTRONICALLY FILED**
:
:
Plaintiff, : CIVIL ACTION NO.: 2:10-cv-06356-SRC - MAS
:
vs. :
:
HOME DEPOT U.S.A., INC., CHINA SINGFUN ELECTRIC GROUP CO., LTD., KENWORLD INTERNATIONAL CO., LTD., : **CERTIFICATION OF SERVICE**
:
:
Defendants. :
---------------------------------------------------------------- X

    I hereby certify that on this 22nd day of February, 2011, I served the Rule 7.1 Disclosure Statement of Defendant Home Depot U.S.A., Inc., electronically on:

        John R. Altieri, Esq.
        Attorney at Law
        25 East Salem Street
        P.O. Box 279
        Hackensack, New Jersey  07602-0279

        Brian Patrick Mitchell
        Pino & Associates, LLP
        50 Main Street, 16th Floor
        White Plains, NY  10606

    I hereby certify the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        /s/ Michael R. Potenza
                                        MICHAEL R. POTENZA

Dated:  February 22, 2011