LAW OFFICES

# JOHN R. ALTIERI

MEMBER OF THE NEW JERSEY
AND NEW YORK BARS

25 EAST SALEM STREET
P. O. BOX 279
HACKENSACK, N.J. 07601
(201) 343-6525
FAX: (201) 343-5614

March 21, 2011

**Document Electronically Filed**

TWO GRAND CENTRAL TOWER
THIRTY FOURTH FLOOR
140 EAST 45TH STREET
NEW YORK, N.Y. 10017
(212) 354-9441

Michael A. Shipp, U.S.M.J.
United States District Court
M.L. King Jr. Fed. Bldg. & Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:  Kenwood Appliances v. Home Depot
           Civil No.: 2:10cv06356(SRC)(MAS)
           Service on Foreign Defendants

Dear Judge Shipp:

      The undersigned and Pino & Associates of White Plains, New York, represent plaintiff Kenwood Appliances Luxembourg, S.A. in the referenced trademark infringement case. The Complaint was filed on December 8, 2010. Defendant Home Depot filed its Answer on February 22, 2011. On March 16, 2011, this Court issued a Scheduling Order setting this matter down for a Scheduling Conference on May 2, 2011.

      The remaining defendants are China Singfun Electric Group Co., Ltd., a private limited company organized and existing under the laws of the People's Republic of China, and defendant Kenworld International Company, Ltd., is a corporation organized and existing under the laws of the United Kingdom.

      I write to advise the Court of the status of service of the Summons and Complaint pursuant to the "Convention on the service abroad of judicial and extra judicial documents in civil or commercial matters, signed at The Hague, November 15, 1965". (Hague Convention) On February 10, 2011, the Ministry of Justice of the People's Republic of China confirmed that they had received the Summons and Complaint and had forwarded the Summons and Complaint to the Supreme People's Court on January 10, 2011. The Supreme

March 21, 2011
Page 2

People's Court was required to forward this process to the local People's Court and then the local People's Court will effectuate service on the defendant China Singfun Electric Group Co., Ltd. in Zhejiang, China. We have been advised from local counsel in Beijing that service of process, under The Hague Convention, normally takes between 4 and 6 months to complete.

I was advised by the Senior Master in the Royal Courts of Justice, London, to whom the Summons and Complaint were provided by the United States Embassy in London, that Defendant Kenworld International Company, Ltd., which is located in Cardiff, Wales, was recently served with the Summons and Complaint. The office of the Senior Master has also advised that I will receive the proof of service or other written confirmation in the near future.

The status of service of process overseas is provided to the Court pursuant to Rules 4(f) and 4(h) of the Federal Rules of Civil Procedure. As the Court is aware, the 120 day limit provided in Rule 4(m) is not applicable to service in a Foreign Country; however, in view of the Court having listed this matter for an Initial Scheduling Conference on May 2, 2011, it is appropriate to advise the Court of the status of service of process on the remaining defendants.

Respectfully submitted,

John R. Altieri

JRA:jag

cc: Stanley R. Chesler, U.S.D.J.
    Michael R. Potenza, Esq.
    Rudolph V. Pino, Jr., Esq.- P&A Ref: RVP/MDK/2971
    (All served electronically)