UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENWOOD APPLIANCES LUXEMBOURG, S.A, <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., CHINA SINGFUN ELECTRIC GROUP CO., LTD., KENWORLD INTERNATIONAL CO., LTD., <br><br> Defendants. | Civil Action No.: 2:10-cv-06356-SRC-MAS <br><br> Hon. Stanley R. Chesler <br><br> **NOTICE OF APPEARANCE** <br> (Electronically Filed Document) |

PLEASE TAKE NOTICE that Trent S. Dickey, Esq. of Sills Cummis & Gross P.C. hereby appears on behalf of defendants China Singfun Electric Group Co., Ltd. and Kenworld International Co., Ltd., in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that defendants China Singfun Electric Group Co., Ltd. and Kenworld International Co., Ltd. reserve, and specifically do not waive, any and all of their defenses, including, but not limited to, lack of personal jurisdiction.

SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
email:  tdickey@sillscummis.com

BY:   s/ Trent S. Dickey_____
        TRENT S. DICKEY

Attorneys for Defendant China Singfun
Electric Group Co., Ltd.

Dated: April 28, 2011