# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

Trent S. Dickey
Member of the Firm
Direct Dial: (973) 643-5863
E-mail: tdickey@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

June 27, 2011

**Filed Electronically**

Honorable Michael A. Shipp
U.S. Magistrate Judge
Martin Luther King Jr. Federal Bldg. and Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **Kenwood Appliances Luxembourg, S.A. v. Home Depot U.S.A., Inc., China Singfun Electric Group Co., and Kenworld International Co., Ltd.**
            **Civil Action No. 10-cv-06356 (SRC)(MAS)**

Dear Magistrate Judge Shipp:

    I received notice today that the status/scheduling conference in the above-matter for July 7, 2011 has been adjourned to July 13, 2011. I have a long scheduled wedding anniversary vacation planned for the week of July 11, 2011, and when I return on July 18, I have a brief trial before Hudson Chancery Division Judge Thomas P. Olivieri, followed by an arbitration hearing on July 20 in San Francisco, CA. Consequently, I request that the conference be rescheduled for the week of July 25 (other than July 26 when I have a one day trial).

    Further, our clients are Chinese companies and our representatives do not regularly travel to the United States. Therefore, they are required to get special visas. Given that this is an initial

SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

Honorable Michael A. Shipp
June 27, 2011
Page 2

status/scheduling conference and discovery has just begun, I respectfully request that our clients be allowed to participate by telephone conference and/or otherwise be available by telephone. They would of course have requisite settlement authority. If the Court's calendar so permits, times in the morning or later afternoon are preferably given the 12 hour time differential with mainland China.

Respectfully submitted,

TRENT S. DICKEY

cc: John R. Altieri, Esq.
    Rudolph V. Pino, Jr., Esq.
    Michael Potenza, Esq.