UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENWOOD APPLIANCES LUXEMBOURG, S.A. and DE'LONGHI AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., CHINA SINGFUN ELECTRIC GROUP CO., KENWORLD INTERNATIONAL CO. LTD.,<br><br>Defendants. | Civil Action No.: 10-cv-06356 (SRC)(MAS)<br><br>Hon. Dennis Stanley R. Chesler, U.S.D.J.<br>Hon. Michael A. Shipp, U.S.M.J..<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned that the time of defendants Home Depot U.S.A., Inc., Singfun Electric Group Co. and Kenworld International Co., Ltd. to answer, move or otherwise respond to the Amended Complaint in the above-captioned action is hereby extended up and until July 8, 2011.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts.

/s/
JOHN R. ALTIERI, Esq.
Attorney at Law
25 East Salem Street
P.O. Box 279
Hackensack, New Jersey 07602-0279

- and –

Rudolph V. Pino, Jr., Esq.
Matthew D. Kennedy, Esq.
PINO & ASSOCIATES, LLP
Westchester Financial Center
50 Main Street
White Plains, New York 10606
*Attorneys for Plaintiffs Kenwood Appliances Luxembourg, S.A. and De'Longhi America, Inc.*

Dated: July 6, 2011

/s/
Trent S. Dickey, Esq.
Daniel Lebersfeld, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
*Attorneys for Defendant China Singfun Electric Group Co. and Kenworld International Co. Ltd.*

Dated: July 6, 2011

/s/
Bruce P. Keller, Esq.
Michael Potenza, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
*Attorneys for Defendant Home Depot U.S.A., Inc.*

Dated: July 6, 2011