# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

July 6, 2011

<u>FILED ELECTRONICALLY</u>

Honorable Michael A. Shipp
U.S. Magistrate Judge
Martin Luther King Jr. Federal Bldg. and Courthouse
50 Walnut Street
Newark, NJ  07102

*Kenwood Appliances Luxembourg, S.A., et al.. v. Home Depot U.S.A., Inc., et al.,*
**2:10-cv-06356-*SRC-MAS***

Dear Magistrate Judge Shipp:

    We represent the defendant, Home Depot U.S.A., Inc., in the above-captioned matter. The conference that had been scheduled for July 13, 2011 was recently adjourned to August 10, 2011. Unfortunately, that date conflicts with a previously scheduled court conference in a separate matter in Atlanta, Georgia.

    I have conferred with all counsel in this matter and the following dates in August are available for all of the parties: August 1, August 5, August 8 and August 9.

    If the Court's calendar permits, we respectfully request that the August 10, 2011 conference be rescheduled to any one of the days listed above.

Respectfully submitted,

*[signature]*

Michael R. Potenza

CC: John R. Altieri, Esq. (by email)
    Rudolph V. Pino, Jr., Esq. (by email)
    Trent S. Dickey, Esq. (by email)

23466056v1