# PINO & ASSOCIATES, LLP

ATTORNEYS AT LAW

Westchester Financial Center
50 Main Street
White Plains, New York 10606
Telephone (914) 946-0600
Facsimile (914) 946-0650
www.pinolaw.com

Sender's e-mail: rpino@pinolaw.com

OF COUNSEL
John R. Altieri **
Hackensack, New Jersey

Rudolph V. Pino, Jr.
Thomas E. Healy *
Frank C. Randazzo
Richard T. Petrillo
John M. Socolow ‡
Brian W. Colistra
Matthew D. Kennedy
Marc A. Rousseau *
Brian P. Mitchell ** †
William T.J. Salerno **

Also Admitted to CT Bar *
Also Admitted to NJ Bar **
Also Admitted to DC Bar †
Also Admitted to MA Bar ‡

July 11, 2011

**_FILED ELECTRONICALLY_**

Hon. Michael A. Shipp, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Room 2042
Newark, New Jersey 07102

Re:   Kenwood Appliances Luxembourg, S.A., et al v. Home Depot U.S.A., Inc. et al.
      Civil Action No.: 10-6356 (SRC) (MAS)
      P & A Ref. No.: RVP/MDK/1044.2971

Dear Judge Shipp:

We represent the Plaintiffs, Kenwood Appliances and De'Longhi America in the above referenced matter. The early settlement conference had been scheduled for July 13, 2011 but was adjourned to August 10, 2011. However, counsel had a conflict with that date. Mr. Potenza, counsel for Home Depot, advised the Court by letter dated July 6, 2011 that counsel had conferred and that the following dates in August are available for all parties: August 1, August 5, August 8 and August 9. In response we received notice that the conference was rescheduled for August 22, 2011. This dates conflicts with a two-day meeting I have scheduled in Miami, Florida with non-US clients who have already made travel plans.

If the Court's calendar permits we respectfully request that the conference be scheduled for any of the dates indicated above.

Respectfully submitted,

*/s/ Rudolph V. Pino, Jr.*
Rudolph V. Pino, Jr.

RVP:dm

257352.1

## PINO & ASSOCIATES, LLP

Hon. Michael A. Shipp, U.S.M.J.
July 11, 2011
Page 2

cc: John R. Altieri, Esq. (via electronic mail)
Michael R. Potenza, Esq. (via electronic mail)
Trent S. Dickey, Esq. (via electronic mail)

257352.1