```
JOHN R. ALTIERI
Attorney at Law
25 E. Salem Street                      **Document Electronically Filed**
P.O. Box 279
Hackensack, NJ 07602-0279
(201) 343-6525
Attorney for Plaintiffs
KENWOOD APPLIANCES LUXEMBOURG, S.A.
and DeLONGHI AMERICA, INC.
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| KENWOOD APPLIANCES LUXEMBOURG, S.A. and DeLONGHI AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., CHINA SINGFUN ELECTRIC GROUP CO., LTD., KENWORLD INTERNATIONAL CO., LTD., <br><br> Defendants. | Civil Action No.: <br> 10-cv-06356 (SRC)(MAS) <br><br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

---

The matter in difference in the above entitled action having been amicably adjusted by and between plaintiffs and defendants, it is hereby stipulated and agreed that the same be and, it is hereby, dismissed with prejudice as to all defendants without costs or fees against any party.

DATED: June 19, 2012

```
BY:  /s/John R. Altieri____          BY:  /s/Michael R. Potenza ____
       JOHN R. ALTIERI                      MICHAEL R. POTENZA
   Attorney for Plaintiff              Debevoise & Plimpton LLP
                                         Attorney for Defendant
                                         HOME DEPOT U.S.A., INC.


BY:  /s/Trent S. Dickey____          SO ORDERED:
       TRENT S. DICKEY
     Sills Cummis & Gross
    Attorney for Defendants          _____
   CHINA SINGFUN & KENWORLD          STANLEY R. CHESLER, U.S.D.J.
```